TO BE PUBLISHED

# Supreme Court of Kentucky

2021-SC-0517-KB

KENTUCKY BAR ASSOCIATION                                        MOVANT


V.                            IN SUPREME COURT


THOMAS DUANE JUANSO                                      RESPONDENT


**<u>ORDER</u>**


Following this Court's issuance of a notice of review pursuant to SCR[1] 3.370(8), and a review of the parties' briefs filed in support of their respective positions, this Court has elected not to adopt the recommendation of the Board of Governors resolving the disciplinary proceeding against Thomas Duane Juanso.  We have previously addressed the factual basis of this matter in an opinion and order.  *Ky. Bar Ass'n v. Juanso*, 626 S.W.3d 540 (Ky. 2021). Rather than imposing on Juanso a 90-day suspension from the practice of law, as recommended by the Board, we believe under the facts of this case, a 180-day suspension is more fitting.  In addition, Juanso is ordered to return Blanchard's file and retainer; attend and successfully complete the Ethics and

---

[1] Kentucky Rules of the Supreme Court.

Professionalism Enhancement Program; and pay all costs associated with this action, in the amount of $464.09, as required by SCR 3.450.

All sitting. Minton, C.J.; Conley, Hughes, Nickell, and VanMeter, JJ., concur. Keller and Lambert, JJ., dissent and would have accepted the recommendation of the Board of Governors.

ENTERED: March 24, 2022

_____
CHIEF JUSTICE